Philip SINCLAIR, Plaintiff and
Appellant,

v.

UNITED STATES of America,
Defendant and Appellee,

v.

Louis D. PIERCE and Morton J. Archer,
Third-Party Defendants.

No. 25927.

United States Court of Appeals,
Ninth Circuit.

Feb. 9, 1972.

Thomas N. Fat (argued), William M. Bitting, of Hill, Farrer & Burrill, Los Angeles, Cal., for plaintiff-appellant.

Gordon Gilman, Dept. of Justice (argued), William D. Keller, Asst. Atty. Gen., Tax Division, Dept. of Justice, Washington, D. C., for defendant-appellee.

Before CHAMBERS, CARTER and CHOY, Circuit Judges.

PER CURIAM:

In this case where a tax refund was sought, issues of fact were resolved against Sinclair.

At issue were whether Sinclair as treasurer of the National 8-Ball Association was a person responsible (duty bound) to pay withholding taxes to the Internal Revenue Service and whether his failure to make the company's required payment was wilful.

The trial court's findings were not clearly erroneous.

Judgment affirmed.

---

James E. SWANN et al., Appellees,

v.

CHARLOTTE–MECKLENBURG BOARD
OF EDUCATION et al., Appellants.

No. 71–1811.

United States Court of Appeals,
Fourth Circuit.

Argued Jan. 5, 1972.

Decided Feb. 16, 1972.

William J. Waggoner, Charlotte, N. C. (Waggoner, Hasty & Kratt, Charlotte, N. C., on brief), for appellants.

J. LeVonne Chambers, Charlotte, N. C. (Adam Stein, Chambers, Stein, Ferguson, & Lanning, Charlotte, N. C., and Conrad O. Pearson, Durham, N. C., Jack Greenberg, James M. Nabrit, III, and Norman Chachkin, New York City, on brief), for appellees.

Before HAYNSWORTH, Chief Judge, and BRYAN, WINTER, BUTZNER, RUSSELL and FIELD, Circuit Judges, en banc.[*]

PER CURIAM:

The district court, 328 F.Supp. 1346, required the modification of an amended "feeder plan" for pupil assignment proposed by the School board as a revision to the court order approved in Swann v. Charlotte-Mecklenburg Board of Education, 402 U.S. 1, 91 S.Ct. 1267, 28 L.Ed.2d 554 (1971), and, as modified, authorized it to be put into effect. We do not think that the district court exceeded its equity powers or abused its discretion in approving the plan or in requiring the modifications thereto.

Affirmed.

[*] Judge Craven was disqualified from participating in these proceedings.